**ROBERT ISHIKAWA - 90621**
5713 N. West Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 432-9600
Fax: (559) 432-9609

Attorney for Stephanie Chastain-Fleeman

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHASTAIN-FLEEMAN<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 07-02102 RMW<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's Motion for Summary Judgement or for Remand which is due August 25, 2007, and is therefore requesting additional time in which to file the Motion for Summary Judgement or for Remand until September 25, 2007.

Dated: August 24, 2007 /S/ ROBERT ISHIKAWA
ROBERT ISHIKAWA
Attorney for Plaintiff,

Dated: August 24, 2007 /S/ GERALYN A. GULSETH
GERALYN A. GULSETH
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 8/28, 2007

Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE
United States Magistrate Judge

1