1  **ROBERT ISHIKAWA - 90621**
   5713 N. West Avenue, Suite 101
2  Fresno, California 93711
   Telephone: (559) 432-9600
3  Fax: (559) 432-9609

4  Attorney for Stephanie Chastain-Fleeman

*E-FILED - 10/4/07*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CHASTAIN-FLEEMAN ) | CIVIL NO. 07-02102 RMW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO DISMISS |
| ) | FRCP Rule 41 |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, Stephanie Chastain-Fleeman, through her attorney of record and defendant Commissioner of Social Security, hereby stipulate that the above captioned matter be dismissed.

Dated: September 25, 2007         /S/ ROBERT ISHIKAWA
                                  ROBERT ISHIKAWA
                                  Attorney for Plaintiff,


Dated: September 25, 2007         /S/ DELL GROOMS
                                  DELL GROOMS
                                  Special Assistant U.S. Attorney
                                  (via telephonic authorization)


IT IS SO ORDERED.

Dated: __10/4__, 2007             *Ronald M. Whyte*
                                  THE HONORABLE RONALD M. WHYTE
                                  United States Magistrate Judge

1